**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **LAMAR ROSHAN HOLLOMAN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 2:19-cv-455 |
| **HUNTINGTON INGALLS INDUSTRIES, INC.** | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Sharon S. Goodwyn of Hunton Andrews Kurth LLP hereby provides this Notice of Appearance as counsel for Huntington Ingalls Industries, Inc.

Dated: September 27, 2019

Respectfully submitted,

*/s/ Sharon S. Goodwyn*
Sharon S. Goodwyn (VSB No. 28822)
HUNTON ANDREWS KURTH LLP
500 E. Main Street, Suite 1000
Norfolk, VA 23510
(757) 640-5300
(757) 625-7720 *fax*
sgoodwyn@huntonAK.com

Tyler S. Laughinghouse (VSB No. 84099)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
(804) 788-7309
(804) 343-4664 *fax*
tlaughinghouse@huntonak.com

*Attorneys for Huntington Ingalls Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and will send by U.S. Mail, postage prepaid, a copy of same to:

>Mr. Lamar R. Holloman
>3105 Sir Meliot Drive
>Chesapeake, VA 23323
>
>*Pro Se Plaintiff*

>*/s/ Sharon S. Goodwyn*
>Sharon S. Goodwyn (VSB No. 28822)
>HUNTON ANDREWS KURTH LLP
>500 E. Main Street, Suite 1000
>Norfolk, VA  23510
>(757) 640-5300
>(757) 625-7720 *fax*
>sgoodwyn@huntonAK.com